Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (P) In the Matter of the Claim of JANET H. MITNICK, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (Q) In the Matter of the Claim of WOLF DAVIS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (R) In the Matter of the CLAIM of ETHEL VIGDOR, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (S) In the Matter of the Claim of FREDERICK LOMBARD, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (T) In the Matter of the Claim of BERNARD DANK, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (U) In the Matter of the Claim of SAM SPERBER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (V) In the Matter of the Claim of RAY P. GROW, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (W) In the Matter of the Claim of HELENA BARICS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (X) In the Matter of the Claim of ADELAIDE HASSETT, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (Y) In the Matter of the Claim of EARL R. BARTHOLOMEW, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (Z) In the Matter of the Claim of SYLVIA SALIT, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (AA) In the Matter of the Claim of ROBERTA VISTOCCO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (BB) In the Matter of the Claim of BELA BALAXSI, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (CC) In the Matter of the Claim of BERNARD SOKOLOVE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (DD) In the Matter of the Claim of RODERIC B. GILMORE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (EE) In the Matter of the Claim of PATSY J. BISCEGLIA, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (FF) In the Matter of the Claim of FRANCES PLOTTEL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (GG) In the Matter of the Claim of JAMES S. KREAGER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (HH) In the Matter of the Claim of FRANK J. MATYEVITCH, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (II) In the Matter of the Claim of ABRAHAM DVORKIN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve record, brief and note of issue on or before December 11, 1961 and be ready for argument at the January 1962 Term of this court, in which event motion denied.

■ (A) In the Matter of the Claim of SILAS J. WILLIAMS, Respondent, v. SCHUYLER MILLHAM et al., Appellants-Respondents, and REPUBLIC CONTAINER CORPORATION, Respondent-Appellant. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of SILAS J. WILLIAMS, Respondent, v. SCHUYLER MILLHAM et al., Appellants-Respondents, and REPUBLIC CONTAINER CORPORATION, Respondent-Appellant. WORKMEN'S COMPENSATION BOARD, Respondent. (C) ALFRED NARZYNSKI, Appellant, v. ARNO W. JAHR, Respondent. (D) In the Matter of the Claim of MILDRED R. THONE, Appellant, v. ALCO PRODUCTS, INC., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. (E) In the Matter of the Claim of JAMES GROOM, Respondent, v. GILSEN CONSTRUCTION COMPANY, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (F) In the Matter of the Claim of JOSE LEBRON, Respondent. GOLDSMITH BROS., Appellant. MARTIN P. CATHERWOOD,

as Industrial Commissioner, Respondent.— [In each action] Motion to dismiss appeal granted, by default, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MOORE, Appellant.— Motion denied without prejudice to a renewal thereof in the event the minutes are not available to appellant by December 1, 1961 and appeal ready for argument at the January 1962 Term of this court.

■ In the Matter of HOWARD R. MATHEWSON, Petitioner, v. WILLIAM S. HULTS, as Commissioner of the Motor Vehicle Bureau of the State of New York, Respondent.— Motion to dismiss proceeding granted, by default, without costs.

■ (A) HELEN PERKINS, as Administratrix of the Estate of DONALD A. PERKINS, Deceased, Plaintiff, v. NIAGARA MOHAWK POWER CORPORATION et al., Defendants. (B) In the Matter of PRINCE MOTORS, INC., Petitioner, v. COMMISSIONER OF MOTOR VEHICLES OF THE STATE OF NEW YORK, Respondent.— [In each action] Motion to dismiss appeal denied, without costs.

■ In the Matter of the Claim of JACOB WANDER, Respondent, v. J. PRICEMAN & SON et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal denied, without costs, and without prejudice to a renewal thereof upon the argument of the appeal.

■ In the Matter of the Claim of DANIEL E. WILSON, Respondent, v. TILO ROOFING CO., INC., GLASFLOSS DIVISION, et al., Appellants, and PITTSBURGH PLATE GLASS CO., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal dismissed, without costs, unless appellants shall file and serve record, brief and note of issue on or before December 1, 1961 and be ready for argument at the January 1962 Term of this court, in which event motion denied.

■ In the Matter of the Claim of SZYJA GOLDWAY, Respondent, v. MENORAH HOME & HOSPITAL FOR AGED et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— The provisions of section 1508 of the Civil Practice Act relating to costs to be imposed are without application to this motion.

■ YONKERS CONTRACTING COMPANY, INC., Respondent, v. STATE OF NEW YORK et al., Appellants.— Motion to dismiss appeal denied, without costs, and without prejudice to a renewal thereof upon the argument of the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. REJEAN GASAILLE, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.

■ (A) In the Matter of HOPE SCHAFFHAUSER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE FRANK LINCOLN, Appellant. [In each action] Motion dismissed on the ground there is no appeal pending.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL ALLEN TEMPLE, Appellant.— Motion for assignment of counsel granted and Joseph B. Hayes, Esq., counselor at law, 203 Federation Bldg., Elmira, N. Y., is assigned as counsel for appellant. Time to perfect appeal extended for 90 days.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP DE LAVORE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.—